UNITED STATES GOVERNMENT

# memorandum

DATE: May 23, 2005

FROM: Thomas Barbeau
United States Probation Officer

SUBJECT: **STEVENS, Christopher**
**Docket No.: CR 1-02-83**
**REQUEST FOR OUT OF COUNTRY TRAVEL APPROVAL**

TO: Honorable Susan J. Dlott
United States District Judge

On January 17, 2003, Christopher Stevens was sentenced to twelve months and one day imprisonment to be followed by three years of supervised release and 300 hours of community service after being convicted of Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(I). This offense involved the defendant structuring money deposits in amounts under $10,000 in order to avoid the currency reporting requirements. Investigation revealed the defendant and Ian Watson made cash deposits and cash purchases of over $477,000 involving Cincinnati, Ohio bank accounts between September 1996 and February 1998. Further investigation disclosed the source of these funds was the sale of marijuana.

Following his release from imprisonment, the defendant began his supervised release in the Central District of California. He is requesting permission to travel to Ensenada, Mexico from July 11, 2005 to July 15, 2005 to participate in a five-day cruise with his wife. The defendant does not have any outstanding court-ordered financial obligations and he completed his 300 hours of community service on July 25, 2004. His supervising U.S. Probation Officer in California recommends the defendant be approved for travel. This officer respectfully requests the Court approve the requested travel.

Reviewed and Approved,

*[signature]*
John C. Cole, Supervising
United States Probation Officer

Respectfully Submitted,

*[signature]*
Thomas A. Barbeau
United States Probation Officer

---

✓   The Court hereby **GRANTS** permission for travel to Ensenada, Mexico from July 11 to July 15, 2005.

___   The Court hereby **DENIES** permission for travel to Ensenada, Mexico from July 11 to July 15, 2005.

*[signature]*
Susan J. Dlott
United States District Judge

Date: May 26, 2005