IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Case No. CR-1-02-83 |
| CHRISTOPHER STEVENS ) | |
| ) | |

### ORDER TERMINATING SUPERVISED RELEASE

The above named defendant commenced a 3 year term of Supervised Release on January 23, 2004. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this _8th_ day of _June_, 2006

_Susan J. Dlott_
The Honorable Susan J. Dlott,
United States District Judge